AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

## for the

### District of Puerto Rico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Andres HERNANDEZ-Montero | ) | Case No. |
| | ) | 17- 1627 M |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

RECEIVED & FILED
CLERK'S OFFICE
SEP 14 2017
US DISTRICT COURT
SAN JUAN, PR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/13/2016_____ in the county of _____San Juan_____ in the

District of _____Puerto Rico_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 31, United States Code, Section 5332 | Bulk Cash Smuggling |
| Title 18, United States Code, Section 1001 | False Statement |

This criminal complaint is based on these facts:

All in violation of Title 31, United States Code, Sections 5332, Title 18, United States Code, Section 1001
SEE ATTACHED AFFIDAVIT.
Reviewed By: AUSA Stuart J. Zander
The United States is requesting detention pending a bail hearing.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose Diaz, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___9/14/17___

_____
*Judge's signature*

City and state: _____San Juan, PR_____

Camille Velez-Rive, U.S. Magistrate
*Printed name and title*